Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

Central Division

RECEIVED

NOV 1 6 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Case No. _____

*(to be filled in by the Clerk's Office)*

Nick Eugene Temple,
_____
*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

State of Iowa, Iowa Department
of Corrections, Marcy Straud,
Warden.          *Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                         Nick Eugene Temple

All other names by which
you have been known:

ID Number                                    # 0070886

Current Institution                          Mt. Pleasant Correctional Facility

Address                                      1200 East Washington Street

Mt. Pleasant              Iowa          52641
_____City_____  ___State___  __Zip Code__

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                          State of Iowa / Iowa Department of Corr.
    Job or Title *(if known)*
    Shield Number
    Employer                      Iowa
    Address

                                  _____City_____  ___State___  __Zip Code__
                                  ☐ Individual capacity   ☑ Official capacity

Defendant No. 2
    Name                          Marcy Strand, Warden
    Job or Title *(if known)*     Warden
    Shield Number
    Employer                      State of Iowa
    Address                       1200 East Washington Street

                                  Mt. Pleasant         Iowa    52641
                                  _____City_____  ___State___  __Zip Code__
                                  ☐ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8ᵗʰ and 14ᵗʰ Amendments to the United States Constitution.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached yellow pages 1-2.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

See attached claim.

Issue I. Asbestos Removal.


Asbestos:  D.   See attached, Warden Appeal

Response. Offender name, Temple, Nick Eugene,

Offender No.: 0070886, Grievance No.: 54759.

In that Grievance, I am claiming, (1) That
their is asbestos in the living units 1A, 1B, 1C, 1D,
2A, 2B, 2C, 2D, 3A, 3B, 3C, 3D.
(2) That the Asbestos in the living units as
well as other areas should be removed for health
reasons as well as the dangers it imposes on me
and other inmates. Also see attached letter, Ian
Barnes, Inmate # 6106129. (Page 2).


Issue II. Air Conditioning.


Plaintiff is claiming that housing six to eight
inmates in a cell with no air ~~cot~~ conditioning
is hot boxing of inmates. When first arriving at
this facility, the institution knew the facility and
the housing units were extremely hot during the
summer as they did supply box fans for each
room. This summer (2022) those fans were re-
moved.
Discrimination against inmates. The Kitchen
staff and counselors, as well as laundry staff

## Page 2

does have air conditioning. While not supplying air conditioning for inmates. It must be noted this building also does not have roof ventr. The staff knows the importance of air conditioning. And also knows of the effets on individuals during summer time heat waves. Which are head aches, constant sweating, inability to sleep, and other issues that arise from constant heat and humidity. Also the inhumaness of this treatment And the discrimination between staff and inmates.

JUNE 12th { 96° Actual Temp
              105 Heat Index

JUNE 13th { 98° Temp
              115 Index

JUNE 14th { 95° Temp
              110 Index

JUNE 15th { 100° Temp
              115 Heat Index

JUNE 16th { 96° Temp
              107 Index

JUNE 25th { 92°
              102 Index

JUNE 29th { 92°
     30th { 100° Index

July 4th { 91 Temp
              104 Index

July 5th { 98° Temp
              115 Index

July 6th { 95° Temp
              110 Index

July 19th { 92° Temp
              100° Index

July 21st { 90° Temp
              100° Index

July 22 { 93° Temp
              103 Index

July 23 { 98° Temp
              110° Index

AUG 2, 2022 { 95° Temp
                102 Index

AUG 3, — 97 Temp
              111 Index

AUG 4 — { 91 Temp
              101 Index

AUG 5 — { 90 Temp
              100 Index

AUG 6 — { 99 Temp
              110 Index

AUG 7   93 Temp
              106 Index

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

3/29/2022 -Asbestos - 6/21/2022 - Hot Boxing
~~A4~~ 5/14/2022 -Air Conditioning

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)* See attached yellow
paper.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

No actual Injuries.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

Asbestos removed from Mt. Pleasant Correctional Facility,
Air Conditioning provided for Inmates, and any other
relief that is just and appropriate.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Mt. Pleasant Correctional Facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

To the proper authorities. See attached grievances.

2.   What did you claim in your grievance?

Same as stated.

3.   What was the result, if any?

No relief.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appealed all to highest authorities.

F.      If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*N/A*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*N/A*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)  *N/A*
    Defendant(s)  *N/A*

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    *N/A*

3.  Docket or index number
    *N/A*

4.  Name of Judge assigned to your case
    *N/A*

5.  Approximate date of filing lawsuit
    *N/A*

6.  Is the case still pending?  *N/A*

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.  *N/A*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    *N/A*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  *N/A*

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   N/A
     Defendant(s)   N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     N/A

3.   Docket or index number
     N/A

4.   Name of Judge assigned to your case
     N/A

5.   Approximate date of filing lawsuit
     N/A

6.   Is the case still pending?   N/A

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition   N/A

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

     N/A

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11-9-2022

Signature of Plaintiff   Nick Temple
Printed Name of Plaintiff   Nick Eugene TEMPLE
Prison Identification #   0070886
Prison Address   1200 East Washington Street
Mt. Pleasant, IA    Iowa    52641
*City*     *State*     *Zip Code*

### B.   For Attorneys

Date of signing:   N/A

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*     *State*     *Zip Code*

Telephone Number
E-mail Address

Nick Eugene Temple # 6078802
Mt. Pleasant Correctional Facility
1200 East Washington Street
Mt. Pleasant, Iowa 52641

To: U.S. District Court, Southern
District of Iowa
123 East Walnut Street
Des Moines, Iowa 5030
50319

*SAVED & CLEARED BY U.S.M.S.*  BKm

Legal Mail

Hasler
11/10/2022
US POSTAGE $002.64°

ZIP 52641
011E11678432